**WYNNE A. PAULY, CSR**

Official Court Reporter

Denton County Probate Court

1450 East McKinney - Second Floor

Denton, Texas 76209

(940) 349-2142

winniepauly@att.net

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/19/2017 4:09:25 PM

DEBRA SPISAK
Clerk

December 19, 2017

Texas Court of Appeals - 2nd District

Tim Curry Criminal Justice Center

401 West Belknap, Suite 9000

Fort Worth, Texas 76196-0211

Re: Reporter's Record

    Chin-Hua Wang vs. Morgan Stanley

    Trial Court Cause No. PR-2016-00111-03

    Appellate Cause No. 02-17-004430CV

Dear Honorable Justices:

I am in receipt of your letter dated December 14, 2017 in the above-styled cause notifying me that this case has been appealed.

I have not received a Request for Reporter's Record or any written request as to which dates Appellant wants transcribed.

        Very Truly Yours,

        Wynne A. Pauly